# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, ) | |
| Plaintiff, ) | Case No. 2:17-cv-00396-GMN-GWF |
| vs. ) | **ORDER** |
| 99 CENTS ONLY STORES, LLC, ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Notice of Withdrawal of Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 5), filed on March 2, 2017.  The Court will treat Plaintiff's Notice as a Motion to Withdraw for purposes of this order.  Accordingly, upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Withdrawal of Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 5) is **granted**.  Plaintiff's Application to Proceed *In Forma Pauperis* is hereby deemed withdrawn.

DATED this 28th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge